UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:12-CR-00958-1 |
| | § | |
| ANTHONY RENE PEREZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The findings and conclusions contained in the original Pretrial Services Report (not the supplemental addendum) are adopted. The defendant was on a state bond for this offense. He moved without letting his lawyer/bondsman know how to get in touch with him. According to the testimony of the FBI agent, the defendant's lawyer/ bondsman stated he had no idea where the defendant could be found. Final FBI agents had a cell phone number for the defendant, sent him a text message to turn himself in, but the defendant did not respond and did not turn himself in until several days later. The defendant's mother told agents that she was concerned about the defendant's mental health and was afraid he might commit suicide. The family willing to allow the

defendant to live in their home has no close ties to the defendant's family. Further, every member of such family has a smart phone, and there is wireless internet access at the home. There is no suitable placement for the defendant in view of the offense committed.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 10th day of December, 2012.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE